FILED
04-30-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV003794
Honorable Brittany C. Grayson-16
Branch 16

**STATE OF WISCONSIN** **CIRCUIT COURT** **MILWAUKEE**

Mary Taylor et al vs. Walmart, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV003794
Class Code: Other-Personal Injury

WAL-MART REAL ESTATE BUSINESS TRUST
301 E. BEDFORD ST., SUITE 1
C/O CT CORPORATION SYSTEM
MADISON WI 53703

DANE COUNTY LEGAL NOTICE
SERVED BY: KV-Sanchez
ON 5/2/25 AT 10:52 AM

UNREDACTED

Case number 2025CV003794 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 70e1a7**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: April 30, 2025

FILED
04-30-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV003794
Honorable Brittany C. Grayson-16
Branch 16

STATE OF WISCONSIN CIRCUIT COURT MILWAUKEE COUNTY

MARY TAYLOR
3737 N. 1st Street
Milwaukee, WI 53212,

Plaintiff,

WISCONSIN DEPARTMENT OF HEALTH SERVICES
1 W. Wilson Street
Room 651
Madison, WI 53707,

Subrogated Plaintiff,

SUMMONS

Case No.
Case Code: 30107

v.

WALMART, INC.,
c/o CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WAL-MART REAL ESTATE, BUSINESS TRUST
c/o CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703

WALMART CLAIM SERVICES, INC.
c/o CT Corporation System
301 S. Bedford St., Suite 1
Madison, WI 53703,

ABC CORPORATION, a fictitious foreign or domestic corporation entity, exact name and present address unknown,

XYZ INSURANCE COMPANY, a fictitious foreign or domestic corporation entity, exact name and present address unknown,

Defendants.

THE STATE OF WISCONSIN

TO EACH PERSON NAMED ABOVE AS DEFENDANT

YOU ARE HEREBY NOTIFIED that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint which is attached states the nature and basis of the legal action.

Within forty-five (45) days after receiving this summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes.

The answer must be efiled or delivered to the Circuit Court for Milwaukee County whose address is 901 North Ninth Street, Milwaukee, Wisconsin, 53233, and to the Plaintiff's attorney, Kathryn P. Heyer of Sperling Law Offices LLC, whose address is 411 East Wisconsin Avenue, Suite 2300, Milwaukee, Wisconsin, 53202. You may have an attorney help or represent you.

If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

Dated this 30th day of April, 2025,

SPERLING LAW OFFICES LLC
Attorneys for Plaintiff

*Electronically signed by Kathryn P. Heyer*
Kathryn P. Heyer
State Bar ID #1030903
Kheyer@milwaukeelawfirm.com

P.O. Address:
411 E. Wisconsin Avenue, Suite 2300

Milwaukee, WI 53202
Tel: (414) 273-7100
Fax: (414) 276-9022

FILED
04-30-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV003794
Honorable Brittany C. Grayson-16
Branch 16

STATE OF WISCONSIN CIRCUIT COURT MILWAUKEE COUNTY

MARY TAYLOR
3737 N. 1st Street
Milwaukee, WI 53212,

Plaintiff,

WISCONSIN DEPARTMENT OF HEALTH SERVICES
1 W. Wilson Street
Room 651
Madison, WI 53707,

COMPLAINT

Case No.
Case Code: 30107

Subrogated Plaintiff,

v.

WALMART, INC.,
c/o CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WAL-MART REAL ESTATE, BUSINESS TRUST
c/o CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WALMART CLAIM SERVICES, INC.
c/o CT Corporation System
301 S. Bedford St., Suite 1
Madison, WI 53703,

ABC CORPORATION, a fictitious foreign or domestic corporation entity, exact name and present address unknown,

XYZ INSURANCE COMPANY, a fictitious foreign or domestic corporation entity, exact name and present address unknown,

Defendants.

NOW COMES the plaintiff, Mary Taylor, by her attorneys, Sperling Law Offices LLC, by Kathryn P. Heyer, and as and for a complaint against the above-named defendants, hereby shows to the Court as follows:

## I. THE PARTIES

1. That the Plaintiff Mary Taylor is an adult individual and a resident of the state of Wisconsin, whose current mailing address is 3737 N. 1st Street, Milwaukee, Wisconsin.

2. That Subrogated Plaintiff, Wisconsin Department of Health Services, is a Wisconsin governmental agency, with its primary address of 1 West Wilson Street, in Madison, Wisconsin. Upon information and belief, at all relevant times, said Subrogated Plaintiff may have provided certain medical benefits to the Plaintiff as a result of the injuries described below. That the Plaintiff alleges doubt as to whether or not said subrogated party is truly subrogated or interested in this action, but that said party is a subrogated plaintiff for the purpose of complying with the provisions of Sec. 803.03 Wis. Stats..

3. That upon information and belief the Defendant Walmart, Inc., (hereinafter "Walmart") is a foreign corporation with its principal offices located at 702 SW 8th Street, #0555, City of Bentonville, and County of Benton, State of Arkansas, with a registered agent for service of process being CT Corporation System, 301 S. Bedford St., Suite 1, Madison, Wisconsin, 53703, and is and was at all times material an owner and/or operator of the Walmart Store located 401 E. Capitol Drive, Milwaukee, Wisconsin at issue in this case.

4. That upon information and belief, the defendant Wal-Mart Real Estate Business Trust (hereinafter "Wal-Mart Real Estate") is a foreign corporation with its principal offices located at 1 Customer Drive, City of Bentonville, County of Benton, State of Arkansas, with a registered agent for service of process being CT Corporation System, 8040 Excelsior Dr., Suite

200, Madison, Wisconsin, 53717, and is and was at all times material an owner and/or operator of the Walmart store located at 401 E. Capitol Drive, Milwaukee, Wisconsin, at issue in this case.

5. That upon information and belief, the defendant Walmart Claims Services, Inc. is a foreign corporation with its principal offices located at 1 Customer Drive, City of Bentonville, and County of Benton, State of Arkansas, with a registered agent for service of process being CT Corporation System, 301 S. Bedford St., Suite 1, Madison, Wisconsin, 53703, and is and was at all times material the liability carrier for the Walmart store 401 E. Capitol Drive, Milwaukee, Wisconsin at issue in this case.

6. That the Defendant, ABC CORPORATION, is a foreign or domestic corporation; the name, address, registered agent, registered offices and state of incorporation of which are presently unknown to the Plaintiff and that in place of the actual name of the Defendant insurance company, a fictitious name is being used for the Defendant pursuant to Wis. Stats. 807.12. That upon information and belief, and is and was at all times material an owner and/or operator of the Walmart store located at 401 E. Capitol Drive, Milwaukee, Wisconsin, at issue in this case.

7. That the Defendant, XYZ INSURANCE COMPANY, is a foreign or domestic insurance corporation; the name, address, registered agent, registered offices and state of incorporation of which are presently unknown to the Plaintiff and that in place of the actual name of the Defendant insurance company, a fictitious name is being used for the Defendant pursuant to Wis. Stats. 807.12. That upon information and belief, the Defendant, XYZ Insurance Company, provided liability insurance to the defendant, ABC CORPORATION and also provided liability insurance insuring for any potential negligence of their respective agents, servants and/or employees, and that by reason of said insurance policy and the alleged negligence of the Defendant

ABC CORPORATION and/or their respective agents/employees and the provisions of Wis. Stats. 803.04(2), the Defendant, XYZ Insurance Company, is a proper party Defendant herein.

## II. NEGLIGENCE OF WALMART, WAL-MART REAL ESTATE AND ABC CORPORATION

8. Plaintiff restates and incorporates paragraphs 1-7 as though set forth fully herein, and further states as follows:

9. That on or about July 23, 2022, at or near 401 E. Capitol Drive, Milwaukee, Wisconsin, plaintiff Mary Taylor, sustained injuries when she was struck by falling merchandise inside the Walmart Store, Store 2452, owned and/or operated by the above-named Defendants Walmart, Wal-mart Real Estate and ABC Corporation.

10. That the Defendants Walmart, Wal-mart Real Estate and ABC Corporation and/or their respective agents/employees were careless and negligent in that they failed to, among other things, maintain and/or inspect, the premises in question, that they created and/or caused a dangerous condition, that they failed to warn of said dangerous condition, and that they failed to block off said dangerous condition, among other negligent acts and omissions.

11. That as a result or substantial factor of such negligence, plaintiff Mary Taylor sustained multiple injuries, suffered great pain of body and mind, incurred medical and hospital expenses; that plaintiff Mary Taylor's injuries may be permanent in nature, thereby causing her to suffer pain and disability in the future, incur medical and hospital expenses in the future, all to her damage in an undisclosed amount pursuant to Wisconsin Statutes.

## III. SAFE PLACE VIOLATION

12. Plaintiff restates and incorporates paragraphs 1-11 as though set forth fully herein, and further states as follows:

13. That at all times material, plaintiff Mary Taylor was a frequenter, as said term is used in Wisconsin Statutes Chapter 101, upon the aforementioned premises of the above-named Defendants Walmart, Wal-mart Real Estate and ABC Corporation.

14. That the Defendants Walmart, Wal-mart Real Estate and ABC Corporation and/or their respective agents/employees were in violation of the Safe Place Statute, Chapter 101, Wis. Stats., in that they failed to:

a. Provide a place which is as safe as the nature of the place would have reasonably permitted;

b. Provide, adopt and use methods and processes which are reasonably adequate to render the place of employment safe;

c. Maintain, inspect and repair the premises in question; and

d. Warn frequenters such as the plaintiff that there was a dangerous condition.

15. That as a substantial factor of the Defendants' Walmart, Wal-mart Real Estate and ABC Corporation, and/or their respective agents'/employees' negligence and violation of the Wisconsin Safe Place Statute, plaintiff, Mary Taylor, suffered the damages described in paragraph 9 of the herein complaint.

WHEREFORE, Plaintiff, Mary Taylor, hereby demands judgment against the defendants, jointly and severally, as follows:

A. Compensatory and other damages in an amount to be determined by the trier of fact, along with post-judgment interest;

B. All of the costs, disbursements, and attorney's fees of this action;

C. Any other relief the Court deems just and equitable.

PLAINTIFF DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS

Dated this 30th day of April, 2025,

SPERLING LAW OFFICES LLC
Attorneys for Plaintiff

*Electronically signed by Kathryn P. Heyer*
Kathryn P. Heyer
State Bar ID #1030903
Kheyer@milwaukeelawfirm.com

P.O. Address:
411 E. Wisconsin Avenue, Suite 2300
Milwaukee, WI 53202
Tel: (414) 273-7100
Fax: (414) 276-9022